# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| ROSEMARY FALLON a/k/a ROSEMARY COX a/ka ROSEMARY JOHNSON, | ) ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **NOTICE OF REMOVAL** |
| PLAINS COMMERCE BANK,  JOHN DOES 1-10 AND X, Y, Z CORPORATION, | ) ) ) ) | |
| Defendants. | | |

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441(b), and 1446, Defendant Plains Commerce Bank, by its attorneys, hereby removes this action from the Court of Common Pleas of Chester County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania.   In support of this Notice of Removal, Defendant Plains Commerce Bank ("Defendant") states as follows:

Plaintiff Rosemary Fallon originally commenced this action by filing a Complaint against Defendant in the Court of Common Pleas of Chester County, Pennsylvania, where it is presently captioned as *Rosemary Fallon a/k/a Rosemary Cox a/k/a Rosemary Rosemary Johnson,  vs. Plains Commerce Bank, John Does 1-10 and X,Y,Z Corporations*, Docket No.: 2001-05251.  No further proceedings before the State court have occurred.

1.     In the Complaint, plaintiff alleges statutory causes of action against Defendant.  A true and correct copy of Plaintiff's Complaint is attached hereto as Ex. "A."

2.     Plaintiff accuses Defendant of violating the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*

3.     Plaintiff provided Defendant with her Complaint on or about August 12, 2011.

4.     This Court has federal question jurisdiction over Plaintiff's claim pursuant to 28 U.S.C. §§ 1331 and 1441(b) in that the claims are "founded on a claim or right arising under the laws of the United States[.]"

5.     This Notice of Removal is timely, having been filed within thirty (30) days of the date on which defendant was served with Plaintiff's Complaint. *See* 28 U.S.C. § 1446.

6.     Written notice of this Notice of Removal of this action is being immediately provided to the Court of Common Pleas of Chester County, Pennsylvania. *See* Ex. "B."

7.     Written notice of this Notice of Removal of this action is being caused to be served on counsel for the plaintiff.

WHEREFORE, Defendant Plains Commerce Bank gives notice that this action is removed from the Court of Common Pleas of Chester County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania.

Dated: August 15, 2011

Ross S. Enders, Esq. (Bar No.: 89840)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
Attorney for Defendant Plains Commerce Bank
200 Route 31 North, Suite 203
Flemington, NJ 08822
(908) 751-5941
fax (908) 751-5944
renders@sessions-law.biz

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of August, 2011, a copy of the foregoing Notice of Removal was sent via ECF Filing to the Clerk of the Court, United States District Court for the Eastern District of Pennsylvania, and via electronic mail and regular mail to counsel for plaintiff at the below address:

> Vicki Piontek, Esq.
> Bar ID No. 83559
> 951 Allentown Road
> Lansdale, PA  19446
> Attorney for Plaintiff
> Phone: 877-737-8617
> Fax: 866-408-6735
> palaw@justice.com

By: _____
Ross S. Enders, Esq.
Attorney for Defendant
Plains Commerce Bank

EXHIBIT "A"

IN THE COURT OF COMMON PLEAS
OF CHESTER COUNTY, PENNSYLVANIA
CIVIL ACTION-LAW

ROSEMARY FALLON a/k/a ROSEMARY COX          :
a/k/a Rosemary Johnson                      :
670 MARSHALL RD                             :
GLENMOORE PA 19343,                         :
         Plaintiff                  :
                                        :
Vs.                                         :    Jury Trial Demanded
Plains Commerce Bank                        :
3817 South Elmwood Ave                      :
Sioux Falls, SD 57105                       :
and                                         :    2001 – 05251
John Does 1-10                              :
and                                         :
X,Y, Z Corporations                         :
         Defendant                  :

## NOTICE TO DEFEND

You have been sued in Court. If you wish to defend against the claims set forth in

the following pages, you must take action within twenty (20) days after this Complaint

and Notice are served by entering a written appearance personally or by attorney and

filing in writing with the Court your defenses or objections to the claims set forth against

you. You are warned that if you fail to do so the case may proceed without you and a

judgment may be entered against you by the Court without further notice to you for any

money claimed in the Complaint or for any other claim or relief requested by Plaintiff(s).

You may lose money or property or other rights important to you.

    YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU

DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR

TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU

CAN GET LEGAL HELP:

Lawyer Referral Service
Chester County Bar Association
15 West Gay Street - P.O. Box 3191 - West Chester PA 19381
610-429-1500

IN THE COURT OF COMMON PLEAS
OF CHESTER COUNTY, PENNSYLVANIA
CIVIL ACTION-LAW

ROSEMARY FALLON a/k/a ROSEMARY COX          :
a/k/a Rosemary Johnson                       :
670 MARSHALL RD                              :
GLENMOORE PA 19343,                          :
                        Plaintiff            :
Vs.                                          :          Jury Trial Demanded
Plains Commerce Bank                         :
3817 South Elmwood Ave                       :
Sioux Falls, SD 57105                        :
and                                          :          2001 – 05251
John Does 1-10                               :
and                                          :
X,Y, Z Corporations                          :
                        Defendant            :

## COMPLAINT

1.   This is an action brought by a consumer for violation of alleged violations of

     the Fair Credit Reporting Act (FCRA), 15 USC 1681 et. Seq..


2.   Plaintiff is ROSEMARY FALLON a/k/a ROSEMARY COX, an adult

     individual whose principle residence is located at 670 MARSHALL ROAD,

     GLENMOORE PA 19343.

3.    Defendants are the following.

      a.   Plains Commerce Bank, a business entity with a principal place of

          business located at 3817 South Elmwood Avenue, Sioux Falls, SD 57105.

      b.   John Does 1-10, individuals or business entities whose identities are not

          known to Plaintiff at this time, but which will become known upon proper

          discovery.  It is believed and averred that such Does played a substantial

          role in the commission of the acts described in this complaint.

      c.   X,Y,Z Corporations, business identities whose identities are not known to

          Plaintiff at this time, but which will become known upon proper

          discovery.  It is believed and averred that such entities played a substantial

          role in the commission of the acts described in this complaint.

## JURISDICTION AND VENUE

4.     The previous paragraphs of this complaint are incorporated by reference and

        made a part hereof.


5.     Venue is proper in this jurisdiction because Defendant(s) do(es) business in

        this jurisdiction and avails itself of the benefits of the market in this

        jurisdiction.


6.     Venue is proper in this jurisdiction because a substantial portion of the

        transaction(s), occurrence(s) or omission(s) took place within this jurisdiction.

## COUNT ONE:  VIOLATION OF THE FAIR CREDIT REPORTING ACT,
### 15 USC 1681 s-2 et seq.; Specifically 15 USC 1681 s-2 (b) et. seq.

7.     The previous paragraphs of this complaint are incorporated by reference and
       made a part hereof.

8.     Plaintiff is a "consumer," as codified at 15 U.S.C. § 1681a(c).

9.     Defendant is  an entity who, regularly and in the course of business, furnishes
       information to one or more credit reporting agencies about Defendants(s)
       transactions or experiences with any consumer and Defendant is a "furnisher,"
       as codified at 15 U.S.C. § 1681s-2.

10.    Plaintiff disputed the alleged account(s) in writing with Defendant(s).  See
       Attached exhibits.

11.    Defendant(s) received Plaintiff's disputes concerning the alleged account(s).
       See attached exhibits.

12.    Plaintiff then disputed the alleged account(s) in writing with relevant credit
       bureaus.  See attached exhibits.

13.   One or more of the relevant credit bureaus then conducted and investigation where Defendant was contracted.  See attached exhibits.

14.   Defendant verified the alleged account(s) with one or more of the bureaus. See attached exhibits.

15.   At the time that Defendant verified the alleged account(s) with one or more of the relevant credit bureaus, Defendant failed to state that the account(s) had been previously disputed by Plaintiff.  See attached exhibits.

16.   The Pursuant to 15 USC 1861 s-2, Defendant(s) had a duty to notify the relevant credit reporting bureaus of Plaintiff's dispute of the account(s).

17.   Upon information and belief, it is believed and averred that Defendant(s) failed to fulfill such duty to the relevant credit reporting bureaus in a manner prescribed by 15 USC 1681 s-2.  See attached exhibits.

18.   Upon information and belief, it is averred that Defendant has a standard practice policy which contradicts it's duties pursuant to 15 USC 1861 s-2.

19.   Plaintiff bring this action under 15 USC 1681 s-2(b), as distinguished from 15 USC 1681s-2(a).

20.   There is no private cause of action under 15 USC 1681s-2(a). Only the government can bring a cause of action under 15 USC 11681 s-2(a). For example, the Attorney General could bring a claim on behalf of consumers under 15 USC 1681s-2(a).

21.    But there is a private cause of action under 15 USC 1681s-2(b).  See the

following case law which distinguishes between the government right of

action under 15 USC 1681s-2(a), and the private cause of action under 15

USC 1681s-2(b).

Marshall v. Swift River Academy, LLC, 2009 WL 1112768 (9th Cir. 2009).
A consumer has no private right of action under FCRA against furnisher merely
because the furnisher failed to provide accurate information to consumer reporting
agencies.

Beisel v. ABN Ambro Mortgage, Inc., No. 07-2219, 2007 WL2332494, *1 (E.D.
Pa. Aug. 10, 2007).
In order to prevail on a FCRA claim Plaintiff "must prove [he] notified a credit
reporting agency of the dispute, the credit reporting agency then notified the
furnisher of information, and the furnisher of information failed to investigate or
rectify the disputed charge.").

Catanzaro v. Experian Information Solutions, Inc., 671 F. Supp.2d 256, 260 (D.
Mass. 2009).
Notification by a consumer reporting agency to the furnisher is a prerequisite for
furnisher liability under FCRA.

Kaetz v. Chase Manhattan Bank, 2007 WL 1343700, *3 (M.D. Pa. 2006). The
Court dismissed Plaintiff's Complaint, but only because Plaintiff failed to allege
that he disputed the accuracy of the debt to a credit agency, or that the credit
agency thereafter reported dispute to defendant.

22.   Because Plaintiff first disputed the account with Defendant, and then disputed
      the account with the credit reporting agency afterwards, and then Defendant
      verified the derogatory information to the Credit Reporting Agency without
      stating that the account was in a "disputed" status, Plaintiff does have a
      private cause of action against Defendant under these particular
      circumstances.

23.   It is believed and averred that Defendant has standard business practices
      antithetical to its duties under 15 USC 1681 s-2.

## LIABILITY

24.    The previous paragraphs of this complaint are incorporated by reference and made a part hereof .

25.    At all times various employees and / or agents of Defendant were acting as agents of Defendant, and therefore Defendant is liable to for the acts committed by its agents and / or employees under the doctrine of respondeat superior.

26.    At all times various employees and / or agents of Defendant were acting as agents of Defendant, and therefore Defendant is liable to Plaintiff for the acts committed by its agents and / or employees under the theory of joint and several liability because Defendant and its agents were engaged in a common business venture and were acting jointly and in concert.

## DAMAGES

27.    The preceding paragraphs are incorporated by reference and made a part
       hereof.

28.    Plaintiff's actual damages are $1.00 more or less, including but not limited to
       postage, phone calls, fax, gas, mileage, etc.

29.    $1,000.00 statutory damages under 15 USC 1681 et. seq.

30.    Plaintiff suffered some distress and anger as a result of herrights being
       violated by Plaintiff and the rights of other consumers.

31.    The value of Plaintiff's emotional distress shall be proven at trial.

32.    Plaintiff believes and avers that for purposes of a default judgment, her
       distress has a Dollar value of no less than $5,000.00.

33.    Plaintiff believes and avers that the acts committed by Defendant are willful,
       wanton intentional, or reckless at best.  Plaintiff believes and avers that
       Defendant's acts are systemic.  Therefore, punitive damages are warranted.

34.    Plaintiff believes and avers that punitive damages should be awarded to
       Plaintiff in the amount of no less than $20,000.

35.   Plaintiff believes and avers that he is entitled to reasonable attorney fees of

$1,925  at a rate of $350.00 per hour, described below.

| | |
|---|---|
| a.   Consultation with client and review of file. Drafting of disputes.  Organizing documents. | 2 hour |
| b.   Drafting of writ and related documents | .25 |
| c.   Drafting , editing, review and filing of compliant and  related documents | 1 |
| d.   Service of Process | .25 |
| e.   Follow up correspondence with Defense | 2 |

Total = 5.5                                $1,925

36.   Plaintiff's attorney fees continue to accrue as the case moves forward.

## INJUNCTIVE RELIEF

37.    Plaintiff requests an order from this honorable court directing Defendant to

report Plaintiff's account(s)(s) referred to in the attached exhibits as

"disputed," in accordance with 15 USC 1681 s-2, or not to report the

account(s) at all.

## OTHER RELIEF

38.    Plaintiff requests such other relief as this court may deem just and proper.

## JURY TRIAL

39.    Plaintiff requests and demands a jury trial in this matter.

Wherefore, Plaintiff demands judgment against Defendant(s) in the amount of

$27,576 enumerated as follows.


$1.00 actual damages

$1,000.00 statutory damages,

$1,925 attorney fees

$5,000 emotional distress

$20,000 punitive damages

---

$27,926


Plaintiff seeks declarative relief and in injunction requiring Defendant to comply with

15 USC 1681 s-2. Plaintiff seeks such other relief as this Court deems fair and just.



Vicki Piontek                    7-11-2011

Vicki Piontek, Esquire           Date
Attorney for Plaintiff
951 Allentown Road
Lansdale, PA  19446
877-737-8617
Fax:  866-408-6735
palaw@justice.com

IN THE COURT OF COMMON PLEAS
OF CHESTER COUNTY, PENNSYLVANIA
CIVIL ACTION-LAW

ROSEMARY FALLON a/k/a ROSEMARY COX    :
a/k/a Rosemary Johnson    :
670 MARSHALL RD    :
GLENMOORE PA 19343,    :
              Plaintiff    :
                             :
Vs.    :
Plains Commerce Bank    :
3817 South Elmwood Ave    :
Sioux Falls, SD 57105    :
and    :
John Does 1-10    :.
and    :
X,Y, Z Corporations    :
              Defendant    :


# VERIFICATION

I, ROSEMARY FALLON, affirm that the statements contained in the attached amended complaint are true and accurate to the best of my knowledge, understanding and belief.


_____    5/15/11
ROSEMARY FALLON       Date

# E X H I B I T S

Rosemary Fallon
670 Marshall Rd
Glenmoore, PA 19343
(610)942-2119

Plains Commerce Bank
3817 S Elmwood Ave
Sioux Falls, SD 57105

By Certified U.S. Mail

Re:   **DISPUTE**
       **Rosemary Fallon SSN:** ▓▓▓▓▓▓
       **Account Number 4185340103476189**
       **Alleged Balance $757**

To Whom it May Concern:

Your company has placed derogatory information on my credit report for the above referenced account.

The balance that your company claims against me is comprised largely of interest, finance charges, penalties or other fees not justified by any existing contract.

The amount stated on my credit report is excessive and inflated. I request proof of the contract justifying such charges. I also would like proof of the balance and a breakdown of all charges.

I have never been provided a copy of the contract which proves the interest rate, finance charges, late fees and other penalties. I dispute such amounts and believe that the actual balance, if any, is much lower than the amount stated on my credit report.

I am requesting that you conduct an investigation about the excessive balance and the excessive charges such as interest and other fees.

THIS IS A DISPUTED ACCOUNT. YOU MUST MARK THIS ACCOUNT AS DISPUTED ON MY CREDIT REPORT.

Sincerely,

Rosemary Fallon                     12/5/10
Rosemary Fallon            Date

**Rosemary Fallon**
**670 Marshall Rd**
**Glenmoore, PA 1934**
**(610)-942-2119**

U.S. Postal Service ™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

O F F I C I A L   U S E

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To  _Plains Commerce Bank_
Street, Apt. No.; or PO Box No.  _3817 S Elmwood Ave_
City, State, ZIP+4  _Sioux Falls, SD 5710S_

PS Form 3800, August 2006          See Reverse for Instructions

Plains Commerce Bank
3817 S Elmwood Ave
Sioux Falls, SD 57105

By Certified U.S. Mail

**DISPUTE**

RE:  **Rosemary Fallon SSN:** ▓▓▓▓▓▓▓
      **Account Number 4185 3401 0347 6189**
      **Alleged High Balance $757**

To Whom it May Concern:

Your company has placed derogatory information on my credit report for the above referenced account. The balance that your company claims against me is comprised largely of interest, finance charges, penalties or other fees not justified by any existing contract.

The amount of the alleged high balance stated on my credit report is excessive and inflated. I request proof of the contract justifying such charges. I also would like proof of the balance and a breakdown of all charges.

I have never been provided a copy of the contract which proves the interest rate, finance charges, late fees and other penalties. I dispute such amounts and believe that the actual balance, if any, is much lower than the amount stated on my credit report.

I am requesting that you conduct an investigation about the excessive balance and the excessive charges such as interest and other fees.

THIS IS A DISPUTED ACCOUNT. YOU MUST MARK THIS ACCOUNT AS DISPUTED ON MY CREDIT REPORT.

Sincerely,

*Rosemary Fallon*
Rosemary Fallon

3/4/11
Date

**Rosemary Fallon**
**670 Marshall Rd**
**Glenmoore, PA 19343**
**(610)-942-2119**

Experian Information Services
P.O. Box 2002
Allen, TX  75013

**DISPUTE**

RE:   **Rosemary Fallon SSN:** ▮▮▮▮▮▮▮
       **Plains Commerce Bank**
       **Account Number 4185 3401 0347 6189**
       **Alleged High Balance $757**

To Whom it May Concern:

Your company has placed derogatory information on my credit report for the above referenced account.   The balance claimed against me is comprised largely of interest, finance charges, penalties or other fees not justified by any existing contract.

Sincerely,

*Rosemary Fallon*
Rosemary Fallon

3/26/11
Date



**Experian**
A world of insight

Prepared for: ROSEMARY FALLON
Date: May 04, 2011
Report number: 0956-7637-43

## Your accounts that may be considered negative

The most common items in this section are payments, accounts that have been charged off, sent to collection, bankruptcies, liens, and judgments. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on your credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies and unpaid tax liens, which may remain for up to 10 years. A paid tax lien may remain for up to seven years. Transferred accounts that have not been past due remain until the date the account was transferred.

### Payment history legend

| | |
|---|---|
| CR | Current/terms of agreement met |
| 30 | Account 30 days past due |
| 60 | Account 60 days past due |
| 90 | Account 90 days past due |
| 120 | Account 120 days past due |
| 150 | Account 150 days past due |
| 180 | Account 180 days past due |
| F | Foreclosure proceedings started |
| FS | Foreclosed |
| VS | Voluntarily surrendered |
| R | Repossession |
| PR | Paid by creditor |
| IC | Insurance claim |
| G | Claim filed with government |
| D | Defaulted on contract |
| CO | Collection |
| CO | Charge off |
| CLS | Closed |
| ND | No data for this time period |

## ■ Credit Items

**PLAINS COMMERCE BANK/CC DMV**
2110 W 41ST ST STE 34
SIOUX FALLS SD 57105
Phone number
(605) 477-4953
Partial account number
9185047054...
Address identification number
0041022459
Original creditor PLAINS
COMMERCE BANK

| | |
|---|---|
| Date opened | Apr 2007 |
| First reported | Jun 2007 |
| Date of status | May 2011 |

| | |
|---|---|
| Type | Credit card |
| Terms | Not reported |
| Monthly payment | Not reported |

| | |
|---|---|
| Credit limit | $0 |
| Original amount | $940 |
| High balance | $757 |

Recent balance: $0 as of May 2011

**Responsibility**
Individual
**Status**
Closed.
Creditor's statement:
'Purchased by another lender.'
This item was verified and updated on May 2011.

Payment history:



7102-01-00-000074-0001-0011312

0040370816

**Rosemary Fallon**
670 Marshall Rd
Glenmoore, PA 19343
(610)-942-2119

Equifax Information Services
P.O. Box 740241
Atlanta, GA  30374


### DISPUTE

RE:   **Rosemary Fallon SSN:** ▉▉▉▉▉
     **Plains Commerce Bank**
     **Account Number 4185 3401 0347 6189**
     **Alleged High Balance $757**

To Whom it May Concern:

Your company has placed derogatory information on my credit report for the above referenced account. The balance claimed against me is comprised largely of interest, finance charges, penalties or other fees not justified by any existing contract.

Sincerely,

Rosemary Fallon

3/24/11

Date

P. O. Box 105518
Atlanta, GA 30348

# EQUIFAX

**CREDIT FILE : April 29, 2011**
**Confirmation # 1103018393**

Dear Rosemary Z Fallon:

Your request for Equifax to reinvestigate certain items of your credit file is now complete.

Below are your results and a report of your credit file reviewed, as applicable, as a result of the reinvestigation. If you have additional questions regarding this reinvestigated items, please contact the source of that information directly. You may also contact Equifax regarding the specific information contained within this letter or report within the next 60 days by visiting us at www.investigate.equifax.com.

Thank you for giving Equifax the opportunity to serve you.

**The Results of Our Reinvestigation**

**Credit Account Information**

| Account History | 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender |
|---|---|---|---|
| Status Code | 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession |
| | 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off |
| Descriptions | 4 : 120-149 Days Past Due | H : Foreclosure | |

>>> We have researched the credit account. Account # - 418534010347* The results are: Equifax verified that this item belongs to you. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: Plains Commerce Bank, Alegis Group Attn-mike Day, 3817 S Elmwood Ave, Sioux Falls SD 57105-6585 Phone: (605) 275-7000

**Plains Commerce Bank**

| Account Number 418534010347* | Date Opened 04/2007 | High Credit $757 | Credit Limit $640 | Terms Duration | Terms Frequency Monthly | Months Reviewed 8 | Activity Designator Transfer/Sold | Creditor Classification Financial |
|---|---|---|---|---|---|---|---|---|
| Items Ref. of Date Reported 04/2011 | Balance Amount $0 | Past Due $0 | Date of Last Payment 05/2007 | Actual Payment Amount $0 | Scheduled Payment Amount $0 | Date of Last Delinquency 06/2007 | Date of 1st Delinquency 06/2007 | Date Maj. Del. 1st Rept | Def/Incur Amount(?) | Def/Incur Prev Amount $0 | Balloon Pay Amount $0 | Balloon Pay Date | Date Closed 11/20X |

Status - Charge Off; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Account Transferred or Sold; Charged Off Account; Credit Card;

| Account History with Status Codes | 01/2009 | 12/2007 | 11/2007 | 10/2007 | 09/2007 | 08/2007 | 07/2007 |
|---|---|---|---|---|---|---|---|
| | L | L | 5 | 4 | 3 | 2 | 1 |

(Continued On Next Page)

0011 08

009965936-1108
Rosemary Z Fallon
670 Marshall Rd
Glenmoore, PA 19343-1704

1103018393APP-009965936-1108-5298 -,

EXHIBIT "B"

SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
200 Route 31 North, Suite 203
Flemington, NJ 08822
(908) 751-5941
fax (908) 751-5944
Attorneys for Defendant
Plains Commerce Bank

| | |
|---|---|
| ROSEMARY FALLON a/k/a ROSEMARY COX a/ka ROSEMARY JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> PLAINS COMMERCE BANK,  JOHN DOES 1-10 AND X, Y, Z CORPORATION, <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     **<u>NOTICE OF  NOTICE OF REMOVAL</u>** |

TO:   Clerk of the Court
        Common Pleas of Chester County, PA
        Chester County Courthouse
        Department of Prothonotary
        201 West Market Street, Suite 1425
        West Chester, PA 19380-0989

        Vicki Piontek, Esq.
        Bar ID No. 83559
        951 Allentown Road
        Lansdale, PA 19446
        Attorney for Plaintiff
        Phone: 877-737-8617
        Fax: 866-408-6735
        palaw@justice.com

1

PLEASE TAKE NOTICE that this action has been removed to the United States District Court for the Eastern District of Pennsylvania.  Attached hereto as Exhibit "1" is a copy of the Notice of Removal filed in the United States District Court effecting such removal.

PLEASE TAKE FURTHER NOTICE that in accordance with 28 U.S § 1446(d), the Court of Common Pleas of Chester County, Pennsylvania shall proceed no further in this action unless and until the action is remanded by the United States District Court for the Eastern District of Pennsylvania.

Dated:  August 15, 2011

Respectfully submitted,

Ross S. Enders, Esq. (89840)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
Attorneys for Defendant
Plains Commerce Bank
200 Route 31 North, Suite 203
Flemington, NJ 08822
(908) 751-5941
fax (908) 751-5944
renders@sessions-law.biz

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of August, 2011, a copy of the foregoing Notice of Filing of Notice of Removal to the United States District Court for the Eastern District of Pennsylvania was served by Federal Express upon the Clerk of the Court and via electronic mail and regular mail upon counsel for plaintiff:

Clerk of the Court
Common Pleas of Chester County, PA
Chester County Courthouse
Department of Prothonotary
201 West Market Street, Suite 1425
West Chester, PA 19380-0989

Vicki Piontek, Esq.
Bar ID No. 83559
951 Allentown Road
Lansdale, PA 19446
Attorney for Plaintiff
Phone: 877-737-8617
Fax: 866-408-6735
palaw@justice.com

By: _____
Ross S. Enders, Esq.
Attorney for Defendant
Plains Commerce Bank

3